UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at FRANKFORT

CIVIL ACTION NO. 3:07-34

CELLCO PARTNERSHIP,     PLAINTIFF

v.     **JUDGMENT**

FRANKLIN COUNTY, KENTUCKY, et al.,     DEFENDANTS

\*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\*

In accordance with the opinion and order entered contemporaneously with this judgment, the Court HEREBY ORDERS AND ADJUDGES that:

(1) the Plaintiffs' Motion for Summary Judgment (Rec. No. 27) is GRANTED in part and DENIED in part. The motion is granted as to the Plaintiffs' claim that the Defendants violated 47 U.S.C. § 332(c)(7)(B)(iii) and is otherwise DENIED;

(2) the Plaintiffs' state law claims that Ordinance No. 15, 1999 Series should be declared void pursuant to section 2 of the Kentucky Constitution and that their application should be deemed approved under Kentucky state statute KRS § 100.987(4)(c) are DISMISSED without prejudice pursuant to 28 U.S.C. § 1367(c);

(3) the Defendants' Motion for Summary Judgment (Rec. No. 26) is DENIED;

(4) the Defendants SHALL GRANT Verizon's Uniform Application and issue all permits necessary for Verizon to construct the tower as proposed in the Uniform Application;

(5) this matter is STRICKEN from the active docket of the Court; and

(6) this judgment is FINAL and APPEALABLE.

Dated this 18th day of April, 2008.



Signed By:

*Karen K. Caldwell*   KKC

**United States District Judge**